UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROGER MULLER,

           Plaintiff,

   -vs-

NAES CORPORATION,

           Defendant.

Case No. 1:20-cv-0002-GTS-TWD

**ORDER**

Upon consideration of Defendant's motion to seal,

IT IS HEREBY ORDERED that Defendant's motion to seal certain exhibits is granted in its entirety. Consistent with this order, the Clerk is directed to file the following document partially under seal: Exhibit A to the Declaration of Jessica F. Pizzutelli, Esq., dated November 8, 2021, but only the following within Exhibit A: Exhibits 2, 4, 10, 11, 14, 16, 19, 21, 23, 25, and 27 from the deposition of Plaintiff Roger Muller taken on June 10, 2021.

DATED:   **11/10/2021**

                                             Hon. Glenn T. Suddaby
                                             Chief U.S. District Judge